52 A.3d 1201

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael John MONTROY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of August 2012, the Stay of Judgment of Allowance of Appeal and Petition for Appointment of New Counsel are **DENIED.** The Petition for Allowance of Appeal is **DENIED.**